| | |
|---|---|
| 1 | Brian M. Englund, CSB#070753 |
| | **HENNELLY & GROSSFELD LLP** |
| 2 | 11335 Gold Express Drive, Suite 145 |
| | Gold River, California 95670 |
| 3 | Telephone: (916) 638-8600 |
| | Facsimile:  (916) 638-8770 |

**E-Filed 7/13/10**

Frederic R. Klein (Of Counsel)
**GOLDBERG KOHN LTD.**
55 East Monroe Street, Suite 3300
Chicago, Illinois 60603
Telephone: (312) 201-4000
Facsimile:  (312) 332-2196

Attorneys for Defendants,
THE UNIVERSITY OF CHICAGO and
UCHICAGO ARGONNE, LLC

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | | |
|---|---|---|
| NANOEXA CORPORATION, a Delaware Corporation, | ) ) ) | No. CV 10-02631  HRL |
| | ) | ~~(PROPOSED)~~ ORDER EXTENDING |
| Plaintiff, | ) | TIME TO ANSWER OR OTHERWISE |
| v. | ) ) | PLEAD |
| THE UNIVERSITY OF CHICAGO, an Illinois Corporation, and UCHICAGO ARGONNE, LLC, an Illinois limited liability company, | ) ) ) ) ) | |
| Defendants. | ) | |

On July 9, 2010, defendants The University of Chicago and UChicago Argonne, LLC filed a motion to extend time to answer or otherwise plead to the complaint. For good cause appearing, it is ORDERED that this motion is granted and defendants shall have to and including ~~August 11, 2010~~ August 6, 2010 in which to file an answer or otherwise plead in response to the complaint.

Dated: 7/13/10 _____
UNITED STATES DISTRICT COURT

2885533v2 7/9/2010 9:31 AM                                                                                                8999.151