1  Q. Huy Do (State Bar No. 184462)
   **KIRIN LAW GROUP, P.C.**
2  90 New Montgomery Street, Suite 600
   San Francisco, California 94105                **E-Filed 7/21/2010**
3  Telephone:  (415) 707-5000
   Facsimile:   (415) 707-5050
4  Email: huy.do@kirinlaw.com

5  Attorneys for Plaintiff
   NANOEXA CORPORATION
6

7  Brian M. Englund, CSB#070753
   **HENNELLY & GROSSFELD LLP**
8  11335 Gold Express Drive, Suite 145
   Gold River, California 95670
9  Telephone:  (916) 638-8600
   Facsimile:   (916) 638-8770
10 Email: benglund@hgla.com

11 Attorneys for Defendants
   THE UNIVERSITY OF CHICAGO and
12 UCHICAGO ARGONNE, LLC

13

14                        UNITED STATES DISTRICT COURT

15                       NORTHERN DISTRICT OF CALIFORNIA

16                                SAN JOSE DIVISION

17

| | | |
|---|---|---|
| 18 | NANOEXA CORPORATION, a Delaware Corporation, ) ) | No. CV 10-02631  JF |
| 19 | ) Plaintiff, ) | **STIPULATION TO SHORTEN TIME TO HEAR PLAINTIFF'S** |
| 20 | v. ) ) | **MOTION FOR PRELIMINARY INJUNCTION AND BRIEFING** |
| 21 | THE UNIVERSITY OF CHICAGO, an ) Illinois Corporation, and UCHICAGO ) | **SCHEDULE; AND [PROPOSED] ORDER** |
| 22 | ARGONNE, LLC, an Illinois limited ) liability company, ) | |
| 23 | ) | |
| 24 | Defendants. ) | |

25        Plaintiff NanoeXa Corporation ("Plaintiff") and Defendants The University of Chicago

26 and UChicago Argonne, LLC ("Defendants"), by their respective undersigned counsel, hereby

27 stipulate and agree as follows:

28
   **STIPULATION TO SHORTEN TIME TO HEAR PLAINTIFF'S MOTION FOR PRELIMINARY
   INJUNCTION AND BRIEFING SCHEDULE**

1.    On July 12, 2010, Plaintiff filed its Notice of Motion, Motion, and Memorandum of Points and Authorities in Support of its Motion for Preliminary Injunction, accompanied by the Declaration of Michael Pak (collectively, "Plaintiff's Motion") and a proposed Order, D.E. ## 15-17.

2.    Plaintiff and Defendants hereby stipulate and agree to hear Plaintiff's Motion on shortened time for any date after August 13 and before or on August 31, 2010.

3.    In support of this stipulation, Plaintiff submits the declaration of Michael Pak.

4.    Defendants are not at this time taking a position on any of the things stated in the Plaintiff's declaration.

5.    Plaintiff and Defendants hereby stipulate and agree, subject to the approval of the Court, that the following will be the briefing schedule and hearing date on Plaintiff's Motion:

    a.    Defendants will file their responsive papers in opposition to Plaintiff's Motion on or before August 13, 2010.

    b.    Plaintiff waives its right to file a reply in further support of Plaintiff's Motion.

    c.    The Court will hear Plaintiff's Motion as soon after August 13, 2010 as possible in light of the Court's calendar, and the hearing on Plaintiff's Motion will proceed on __August 27__, 2010 at __9:00__ a.m.

KIRIN LAW GROUP, P.C.

DATED: __July 16, 2010__                    By: _____[signature]_____
                                                     Q. Huy Do
                                                     Attorneys for Plaintiff
                                                     NANOEXA CORPORATION

1
2
3
4  DATED: July 16, 2010
5
6
7
8  **IT IS SO ORDERED.**
9  DATED: 7/21/2010
10
11
...
28

HENNELLY & GROSSFELD LLP

By: _____
Brian M. England
Attorneys for Defendants
THE UNIVERSITY OF CHICAGO
and UCHICAGO ARGONNE, LLC

_____
UNITED STATES DISTRICT JUDGE

-2-

STIPULATION TO SHORTEN TIME TO HEAR PLAINTIFF'S MOTION FOR PRELIMINARY