**E-Filed 8/9/2010**

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| NANOEXA CORPORATION, a California Corporation<br><br>Plaintiff,<br><br>v.<br><br>THE UNIVERSITY OF CHICAGO, an Illinois Corporation, UCHICAGO ARGONNE LLC, an Illinois limited liability company<br><br>Defendants. | Case Number: 10CV2631 LHK<br><br>ORDER DENYING DEFENDANTS' MOTION FOR LIMITED DISCOVERY AND DENYING DEFENDANTS' MOTION FOR EXTENDED TIME TO FILE AN OPPOSITION TO PLAINTIFF'S MOTION FOR A PRELIMINARY INJUNCTION<br><br>[re: dockets no. 30 and 31] |

On July 30, 2010, Defendants moved for limited discovery to be heard on shortened time [dkt. #30] and moved for an extension of time to file an opposition to Plaintiff's motion for a preliminary injunction [dkt. #31]. Having failed to show good cause, it is ORDERED that both motions shall be DENIED. Defendants must respond to Plaintiff's motion for a preliminary injunction by August 13, 2010 as agreed to in the parties joint stipulation [dkt. #20] and as required by the July 21, 2010 Order adopting the joint stipulation [dkt. #23]. Pursuant to the joint stipulation and the July 21, 2010 Order, Plaintiff has waived its right to file a reply. Plaintiff's motion for a preliminary injunction [dkt. #15] remains set for hearing on Thursday, August 26, 2010 at 1:30 PM.

Case Number: 10CV2631 LHK
ORDER DENYING DEFENDANTS' MOTION FOR LIMITED DISCOVERY AND DENYING DEFENDANTS' MOTION FOR EXTENSION OF TIME TO FILE AN OPPOSITION

1  **IT IS SO ORDERED.**

2  DATED: August 9, 2010

3

4

5

6  _____
   LUCY H. KOH
7  United States District Judge

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28