**E-Filed 8/9/2010**

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| NANOEXA CORPORATION, a California Corporation<br><br>Plaintiff,<br><br>v.<br><br>THE UNIVERSITY OF CHICAGO, an Illinois Corporation, UCHICAGO ARGONNE LLC, an Illinois limited liability company<br><br>Defendants. | Case Number: 10CV2631 LHK<br><br>ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE* –<br>MARK A. HAGEDORN<br><br>[re: docket no. 26] |

Mark A. Hagedorn, an active member in good standing of the bar of Illinois, whose business address and telephone number is Barnes & Thornburg, LLP, One North Wacker Drive, Suite 4400, Chicago, Illinois 60606, Ph: 312-214-4808, E-mail: mark.hagedorn@btlaw.com, having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing Defendants University of Chicago and UChicago Argonne LLC;

IT IS HEREBY ORDERED that the application is GRANTED, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the

Case Number: 10CV2631 LHK
ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE* – DANIEL P. ALBERS

1  application will constitute notice to the party.  All future filings in this action are subject to the
2  requirements contained in General Order No. 45, Electronic Case Filing.

4  **IT IS SO ORDERED.**

5  DATED: August 9, 2010

_____
LUCY H. KOH
United States District Judge

Case Number: 10CV2631 LHK
ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE* – DANIEL P. ALBERS