UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| NANOEXA CORP., <br><br> Plaintiff, <br> v. <br><br> THE UNIVERSITY OF CHICAGO and UCHICAGO ARGONNE, LLC, <br><br> Defendants. | Case No.: 10-CV-2631-LHK <br><br> ORDER ON EXPEDITED BRIEFING SCHEDULE REGARDING DEFENDANTS' MOTION TO DISMISS <br><br> (re: docket #41) |

Pursuant to the parties' agreement in open court at the August 26, 2010 preliminary injunction hearing, Plaintiff shall file its Opposition to Defendants' Motion to Dismiss by September 16, 2010.  Defendants shall file its Reply by September 23, 2010.

**IT IS SO ORDERED.**

Dated: August 27, 2010

_Lucy H. Koh_
LUCY H. KOH
United States District Judge